In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-112 CV


____________________



IN RE CLIFFORD LEE FREEMAN






Original Proceeding






MEMORANDUM OPINION


 Clifford Lee Freeman seeks mandamus relief to compel the trial court to vacate its
order directing the Texas Department of Criminal Justice to deduct from Freeman's inmate
trust account the fine and court costs assessed in a criminal case. The trial court signed the
order on October 12, 2005. Freeman does not claim that the cost bill is inaccurate, but
complains that an itemized cost bill is not attached to the trial court's order. Freeman
supplies no explanation for the delay in challenging the order, and does not describe his
efforts to address this matter with the trial court. 

 Freeman fails to demonstrate that the act sought to be compelled is purely ministerial
and he has a clear and indisputable right to relief. See State ex rel. Hill v. Court of Appeals
for the Fifth Dist., 34 S.W.3d 924, 927 (Tex. Crim. App. 2001). The petition for writ of
mandamus filed February 27, 2007, is denied.

 WRIT DENIED.

 PER CURIAM


Opinion Delivered March 15, 2007

Before McKeithen, C.J., Kreger and Horton, JJ.